```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SIMON BELSHAM,

                Plaintiff,

    -v-

THE HEALING COMPANY INC.,

                Defendant.
-------------------------------------------------------------------X

24-cv-2659 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Defendant's counsel has moved to withdraw as attorney. Dkt. No. 38, which Plaintiff has opposed, Dkt. No. 41.  The parties are ordered to appear for a hearing on this motion on September 10, 2024, at 3:30 p.m.  The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse.  A representative of defendant The Healing Company, Inc. is directed to attend the hearing, on pain of sanctions.

    The time to respond to Plaintiff's motion for summary judgment, Dkt. No. 30, is adjourned pending decision on the motion to withdraw.  All other deadlines, including those to respond to discovery, remain in place.

    SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge