```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SIMON BELSHAM,                                                       :
:
                    Plaintiff,                                       :
:       24-cv-2659 (LJL)
            -v-                                                      :
:              ORDER
THE HEALING COMPANY INC.,                                            :
:
                    Defendant.                                       :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant is directed to file a letter on ECF no later than September 13, 2024, at 12 noon, stating whether it objects to the Court entering the proposed judgment at Dkt. 46. Upon receipt of a letter from Defendant consenting to entry of the proposed judgment, the Court will cancel the conference scheduled for September 13, 2024, at 3:00 p.m.

      SO ORDERED.

Dated: September 12, 2024
       New York, New York
                                               LEWIS J. LIMAN
                                         United States District Judge