UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON BELSHAM,<br><br>       **Plaintiff,**<br><br>  - against –<br><br>THE HEALING COMPANY INC.,<br><br>       **Defendant.** | Civil Action No. 1:24-cv-02659-LJL<br><br><br>**JUDGMENT** |

  Whereas Plaintiff Simon Belsham ("Plaintiff"), having commenced an action on April 8, 2024, against Defendant The Healing Company ("Defendant"), charging Defendant with breach of the employment agreement at issue;

  Whereas Plaintiff moved for summary judgment under Federal Rule of Civil Procedure 56 (Dkt. Nos. 30-35) seeking the principal amount of $269,230.77 (the "Principal Indebtedness") with pre-judgment interest accrued and accruing on the Principal Indebtedness at the statutory rate of 9% per annum from November 14, 2023 through September 9, 2024 in the amount of $23,898.84, together with reasonable attorneys' fees and the costs and expenses of this action;

  Whereas Defendant consented to the entry of judgment against it and in favor of Plaintiff (Dkt # 44),

  Whereas this Court having Memo Endorsed Defendant's letter directing Plaintiff to file a proposed judgment (Dkt # 45);

  Whereas Plaintiff filed an attorney declaration in support of proposed judgment including attorneys' fees, it is hereby

  **ORDERED, ADJUDGED AND DECREED:** That judgment is entered against Defendant and in favor of Plaintiff as follows:

1. The Court awards Plaintiff the principal amount of $269,230.77 (the "Principal Indebtedness") for Defendant's breach of the Employment Agreement;

2. The Court awards Plaintiff pre-judgment interest accrued and accruing on the Principal Indebtedness at the statutory rate of 9% per annum from November 14, 2023 through September 9, 2024 in the amount of $23,898.84;

3. The Court awards Plaintiff's attorneys' fees in the amount of $73,423.00;

4. The Court awards Plaintiff's reasonable costs and expenses in the amount of $1,171.00; and

5. This case is closed, and the deadline to file any notice of appeal is 30 days after the issuance of this Judgment.

Dated:  September 13, 2024

SO ORDERED:

_____
LEWIS J. LIMAN
United States District Judge